UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ARLEY FISHER,

                Petitioner,

v.

STATE OF WASHINGTON,

                Respondent.

Case No. 3:24-cv-05484-BHS-TLF

ORDER

      Petitioner Richard Fisher filed a proposed § 2254 habeas petition and an application to proceed *in forma pauperis* ("IFP"). Dkt. 1. Petitioner's IFP application indicates that he has $4,349.93 in a checking account and $2,700.00 in a savings account. *Id*. at 2. He also indicates that he receives $535.00 monthly in pension payments. *Id*. at 1. Because it appears that petitioner may have funds sufficient to pay the $5.00 filing fee, he should do so or provide the Court with an explanation of why he cannot.

      Accordingly, petitioner is ordered to show cause why his IFP application should not be denied on or before August 2, 2024. In the alternative, petitioner may pay the $5.00 filing fee before that date. Failure to show cause or pay the amount shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.

ORDER - 1

The Clerk is directed to re-note petitioner's IFP application (Dkt. 1) for August 2, 2024.

Dated this 5th day of July, 2024.

Theresa L. Fricke
United States Magistrate Judge

ORDER - 2