UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD ARLEY FISHER,<br><br>                Petitioner,<br>      v.<br><br>STATE OF WASHINGTON,<br><br>                Respondent. | Case No. 3:24-cv-05484-BHS-TLF<br><br>ORDER FOR SERVICE AND ANSWER, 28 U.S.C § 2254 PETITION |

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner is currently incarcerated at Coyote Ridge Corrections Center and is subject to the Court's Mandatory Electronic E-Filing Initiative pursuant to General Order 02-15 and 06-16. Petitioner named the State of Washington as respondent in his petition. Dkt. 7. Under Rule (2)(a) of the rules governing § 2254 cases in the United States District Courts, "If the petitioner is currently in custody under a state-court judgment, the petition must name as respondent the state officer who has custody." The Superintendent of Coyote Ridge Corrections Center is Jefferey Perkins. The Court, having reviewed petitioner's federal habeas petition, hereby finds and ORDERS as follows:

(1) The Clerk of Court is directed to substitute **Jefferey Perkins** as the respondent. The Clerk of Court is also directed to update the case title.

(2) The Clerk is directed to issue the Notice of Option of Consent to Magistrate Judge Theresa L. Fricke.

ORDER FOR SERVICE AND ANSWER, 28 U.S.C §
2254 PETITION - 1

(3) The Clerk shall arrange for service by email upon respondent and upon the Attorney General of the State of Washington, of copies of the petition (Dkt. 7) and of this Order. The Clerk shall also direct a copy of this Order and of the Court's *pro se* instruction sheet to petitioner.

(4) Within **forty-five (45) days** after such service, respondent(s) shall file and serve an answer in accordance with Rule 5 of the Rules Governing Section 2254 Cases in United States District Courts. As part of such answer, respondent(s) shall state whether petitioner has exhausted available state remedies and whether an evidentiary hearing is necessary. Respondent(s) shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate. Respondent(s) shall file the answer with the Clerk of the Court and serve a copy of the answer on petitioner.

(5) The answer will be treated in accordance with Local Rule LCR 7. Accordingly, on the face of the answer, respondent(s) shall note it for consideration no earlier than 28 days after filing. Petitioner may file and serve a response not later than 21 days after the filing date of the answer, and respondent(s) may file and serve a reply not later than 28 days after the filing date of the answer.

(6) <u>Filing by Parties, Generally</u>

All attorneys admitted to practice before this Court are required to file documents electronically via the Court's CM/ECF system. Petitioner shall file all documents electronically.  All filings must indicate in the upper right hand corner the name of the magistrate judge to whom the document is directed.

1  Any document filed with the Court must be accompanied by proof that it has
2  been served upon all parties that have entered a notice of appearance in the underlying
3  matter. Petitioner shall indicate the date the document is submitted for e-filing as the
4  date of service.

5  (7)  Motions

6  Any request for court action shall be set forth in a motion, properly filed and
7  served. Pursuant to LCR 7(b), any argument being offered in support of a motion shall
8  be submitted as a part of the motion itself and not in a separate document. The motion
9  shall include in its caption (immediately below the title of the motion) a designation of
10  the date the motion is to be noted for consideration on the Court's motion calendar.

11  (8)  Direct Communications with District Judge or Magistrate Judge

12  No direct communication is to take place with the District Judge or Magistrate
13  Judge with regard to this case. All relevant information and papers are to be directed to
14  the Clerk.

15  Dated this 31st day of July, 2024.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge