UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD ARLEY FISHER, | CASE NO. C24-5484 BHS |
| Petitioner, | ORDER |
| v. | |
| JEFFERY PERKINS, | |
| Respondent. | |

THIS MATTER is before the court on pro se petitioner Fisher's post-judgment objections to the Magistrate Judge's R&R, Dkt. 23. It appears that Fisher's objections may have been received by the Clerk's office before the Court's Order adopting the R&R was entered.

The R&R concluded that Fisher's claims were time barred. Dkt. 20 at 3 (citing 28 U.S.C. § 2244(d)). The Court agreed. Dkt. 21. Fisher contends that the statute he was convicted of violating is "unconstitutional," and seems to suggest that he did not discover that "fact" until after his one-year limitations period had run. Dkt. 23 at 2.

ORDER - 1

1  These arguments are not persuasive, and they do not demonstrate that the R&R
2  was clearly erroneous or contrary to law. Fisher's objections are **OVER-RULED.** The
3  case remains closed.

4  IT IS SO ORDERED.

5  Dated this 23rd day of January, 2025.

BENJAMIN H. SETTLE
United States District Judge