UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD ARLEY FISHER, | CASE NO. C24-5484 BHS |
| Petitioner, | ORDER |
| v. | |
| JEFFERY PERKINS, | |
| Respondent. | |

THIS MATTER is before the Court on pro se petitioner Richard Fisher's motion to compel filing fee. Dkt. 29. The Court adopted Magistrate Judge Fricke's Report and Recommendation (R&R), Dkt. 20, denied Fisher's § 2254 habeas petition and declined to issue a certificate of appealability. Dkt. 21. The Court denied Fisher's subsequent motion for leave to appeal *in forma pauper*is, Dkt. 26, because it appeared he had the ability to pay the filing fee. Dkt. 28.

Fisher now asks the Court to "provide the petitioner the filing fee to file his notice of appeal." Dkt. 29 at 1. There is no authority for such a motion and the Court does not pay the filing fee on behalf of plaintiffs or appellants that have been denied *in forma pauperis status*. Fisher's motion, Dkt. 29, is **DENIED**.

ORDER - 1

**IT IS SO ORDERED**.

Dated this 4th day of March, 2025.

                                                            *[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2